Commonwealth *v.* Handy, Appellant.

Argued March 23, 1973. *William L. McLaughlin*, for appellant; *F. Ned Hand*, Assistant

722

District Attorney, with him *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.